IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| WANDA D. CANADA,<br><br>  Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>  Defendant. | Civil Action No. 3:19CV00049<br><br>**FINAL JUDGMENT AND ORDER**<br><br>By: Hon. Glen E. Conrad<br>Senior United States District Judge |

Plaintiff Wanda D. Canada filed this action challenging the final decision of the Commissioner of Social Security denying her claim for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401–434, and her claim for supplemental security income benefits under Title XVI of the Act, 42 U.S.C. §§ 1381–1383f.  The matter was referred to United States Magistrate Judge Joel C. Hoppe, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact, conclusions of law, and a recommended disposition.  The magistrate judge submitted a Report and Recommendation on February 19, 2021, in which he recommends that the court grant the Commissioner's motion for summary judgment and deny the plaintiff's motion for summary judgment.  No objections to the Report and Recommendation have been filed, and the court is of the opinion that the Report and Recommendation should be adopted in its entirety.  See Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (discussing the standard of review that applies in the absence of any objections).

Accordingly, it is hereby

**ORDERED**

as follows:

  1. The Report and Recommendation, ECF No. 24, is **ADOPTED** in its entirety;

2.     The plaintiff's motion for summary judgment, ECF No. 15, is **DENIED**;

3.     The Commissioner's motion for summary judgment, ECF No. 19, is **GRANTED**;

4.     The final decision of the Commissioner is **AFFIRMED**; and

5.     This case shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order to all counsel of record.

DATED: This <u>9th</u> day of March, 2021.

                                                   */s/ Glen Conrad*
                                                 Senior United States District Judge